**SEALED**

FILED

9/30/2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:24-mj-00114-EPG |
| Plaintiff, | ) |
| v. | ) **SEALING ORDER** |
| LUIS MIGUEL MELENDEZ, | ) **UNDER SEAL** |
| Defendant. | ) |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

DATED: **Sep 30, 2024**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE