1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8    UNITED STATES OF AMERICA,          )    Case № 1:24-CR-00273-1-KES
                                        )
9                        Plaintiff,     )           **O R D E R**
                                        )      **APPOINTING COUNSEL**
10        vs.                           )
                                        )
11   LUIS MIGUEL MELENDEZ,              )
                                        )
12                       Defendant.     )
                                        )
13   _____
14         The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18         IT IS HEREBY ORDERED that Barbara H. O'Neill be appointed to represent the above
19
     defendant in this case effective *nunc pro tunc* to December 4, 2024, in place of the Federal
20
     Defender Organization.
21
           This appointment shall remain in effect until further order of this court, or until the
22
23   pending criminal matter and any direct appeal is resolved, whichever is first.
24
     IT IS SO ORDERED.
25
26   Dated:  __**December 13, 2024**__      _____
27                                          STANLEY A. BOONE
                                            United States Magistrate Judge
28

-1-