# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. 1:24-CR-0273 KES BAM |
| Plaintiff, | ORDER EXTENDING TIME TO COMPLETE EXAMINATION AND SERVICE OF ORDER |
| v. | |
| LUIS MIGUEL MELENDEZ, | |
| Defendant. | |

_____/

On March 12, 2025, this Court ordered defendant to be committed for psychiatric or psychological examination pursuant to 18 U.S.C. §4241(b). Defendant arrived at the Metropolitan Correctional Center in San Diego on March 25, 2025.

The Court has received a request from the Metropolitan Correctional Center for an extension of time to complete the testing and examination.

For good cause shown, the Court GRANTS the extension of time. The Court GRANTS the requested extension to May 9, 2025 to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The Court finds that commitment for the evaluation commenced upon defendant's arrival the Metropolitan Correctional Center and the evaluation period is extended based on good cause.

The Clerk is directed to serve a copy of this order, by email and USPS mail, on Jaime R. Jauregui, Ph.D., Forensic Psychologist, at email address of jrjauregui@bop.gov, and Alicia Gilbert, Ph.D., Forensic & Clinical Psychologist, at email address of a1gilbert@bop.gov, and by mailing

1

address of MCC San Diego, 808 Union Street, San Diego, Ca 92101.  In addition, the clerk is directed to serve Acting Warden M. Bacon at the mailing address of MCC San Diego, 808 Union Street, San Diego, Ca 92101.

IT IS SO ORDERED.

Dated:     **April 7, 2025**                             /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE