1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      | CASE NO. 1:24-CR-000273-KES-BAM
12 |                     Plaintiff, | STIPULATION REGARDING EXCLUDABLE
   |                                | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |          v.                    | AND ORDER
14 |
15 | LUIS MELENDEZ,
16 |                     Defendants.

17

18                              **STIPULATION**

19     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
20 through her counsel of record, hereby stipulate as follows:
21     1.     By previous order, this matter was set for a status conference on June 11, 2025.
22     2.     By this stipulation, defendant now moves to continue the status conference to October 8,
23 2025, and to exclude time between June 11, 2025, and October 8, 2025, pursuant to 18 U.S.C.§
24 3161(h)(7)(A), B(iv).
25     3.     The parties agree and stipulate, and request that the Court find the following:
26            a)     The government provided initial discovery to the defense on December 10, 2024.
27     The discovery generally consisted of law enforcement reports, bodycam footage, photographs
28     and medical records. As investigation was ongoing, the Government provided additional

STIPULATION REGARDING EXCLUDABLE TIME            1
PERIODS UNDER SPEEDY TRIAL ACT

discovery to defense counsel. The government is also in the process of obtaining additional medical records from medical facilities related to the victim's ongoing medical care related to her injuries from the assault.

      b)      At the status conference on March 12, 2025, the defendant requested, and the Court granted, a competency evaluation pursuant to 18 U.S.C. Section 4241. The parties received the sealed psychological evaluation on May 27, 2025. The defense counsel requires additional time to review it, analyze it, and discuss it with her client.

      c)      The parties have not been able to engage in plea negotiations due the pending competency evaluation. The parties also require additional time to discuss potential resolution of this case via a plea agreement.

      d)      Finally, Defense counsel is continuing to investigate the case. Defense counsel requests additional time to conduct her own independent investigation.

      e)      The defendant asks the Court to exclude time between June 11, 2025, and October 8, 2025, to account for time to discuss the plea with the Government and defendant, to conduct her own investigation, taking into account the exercise of due diligence.

      f)      The government does not object to the continuance.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2025 to October 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  June 4, 2025                                          MICHELE BECKWITH
                                                              Acting United States Attorney

                                                              /s/ ARIN C. HEINZ
                                                              ARIN C. HEINZ
                                                              Assistant United States Attorney

Dated:  June 4, 2025

                                                              /s/ BARBARA O'NEILL
                                                              BARBARA O'NEILL
                                                              Counsel for Defendant

## **ORDER**

The request for a continuance is GRANTED in PART and DENIED in PART. IT IS SO ORDERED that the status conference is continued from June 11, 2025 to **September 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 9, 2025**                         /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3