1  ERIC GRANT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000273-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| LUIS MELENDEZ, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 10, 2025.

2. By this stipulation, defendant now moves to continue the status conference to December 10, 2025, and to exclude time between September 10, 2025, and December 10, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government provided initial discovery to the defense on December 10, 2024. The discovery generally consisted of law enforcement reports, bodycam footage, photographs and medical records. As investigation was ongoing, the Government provided additional

discovery to defense counsel. The government also recently received additional medical records from the victim related to the victim's ongoing medical care of her injuries from the assault. The government is in the process of providing these records to defense counsel in supplemental discovery.

b) At the status conference on March 12, 2025, the defendant requested, and the Court granted, a competency evaluation pursuant to 18 U.S.C. Section 4241. The parties received the sealed psychological evaluation on May 27, 2025. The defense counsel continues to investigate and assess the psychological evaluation.

c) The government made a plea offer to the defense on June 13, 2025. The defense counsel requires additional time to discuss the plea offer with her client and conduct her own investigation into the charges. Defense counsel requests additional time to conduct her own independent investigation.

d) The defendant asks the Court to exclude time between September 10, 2025, and December 10, 2025, to account for time to discuss the plea with the Government and defendant, to conduct her own investigation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2025 to December 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 31, 2025                                          ERIC GRANT
                                                                 Acting United States Attorney

                                                                  /s/ ARIN C. HEINZ
                                                                  ARIN C. HEINZ
                                                                  Assistant United States Attorney

Dated:  August 31, 2025

                                                                 /s/ BARBARA O'NEILL
                                                                 BARBARA O'NEILL
                                                                 Counsel for Defendant

### ORDER

IT IS SO ORDERED that the status conference is continued from September 20, 2025, to **December 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:  **September 2, 2025**                        /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE