ERIC GRANT
United States Attorney
ERIC A. CATTO
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS MELENDEZ,<br>Defendant. | CASE NO. 1:24-CR-00273-KES-EPG<br><br><u>STIPULATION REQUESTING TO CANCEL LAFLER/FRYE INQUIRY AND SET A CHANGE OF PLEA HEARING, AND ORDER</u><br><br>Date: January 4, 2027<br>Time: 9:30 a.m.<br>Court: Hon. Kirk E. Sherriff |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The Court recently granted the United States' request to set a Lafler/Frye hearing and scheduled that hearing for December 2, 2026, at 9:30am.
2. On November 20, 2026, counsel for the defendant met with the defendant to discuss the government's proposed plea agreement. The defendant conveyed to his counsel that he wished to accept the plea agreement and authorized his counsel to sign the plea agreement on his behalf. On November 23, 2026, counsel for the defendant submitted to the government a signed plea agreement, which counsel signed on behalf of her client, at her client's direction. That plea agreement containing the defense counsel's signature is being submitted as a

placeholder until the defendant is able to sign a physical copy himself.

3. The defense counsel asserts that she is currently scheduled to be in Court in Merced County on December 2, 2026, and is therefore unavailable to attend the hearing scheduled for December 2, 2026.
4. The government and defense counsel jointly request the Court cancel the Lafler/Frye hearing scheduled for December 2, 2026.
5. Counsel for both the government and defense are available on January 4, 2027, and request the Court set a change of plea hearing for that date.

IT IS SO STIPULATED.

Dated: November 23, 2026

ERIC GRANT
United States Attorney

/s/ ERIC A. CATTO
ERIC A. CATTO
Assistant United States Attorney

Dated: November 23, 2026

/s/ BARBARA O'NEILL
BARBARA O'NEILL
Counsel for Defendant

**FINDINGS AND ORDER**

At the request of counsel, a change of plea hearing is set for January 4, 2027, at 9:30 a.m. before District Judge Kirk E. Sherriff. The Lafler/Frye hearing scheduled for December 2, 2026, is vacated. The government's motion for a Lafler/Frye inquiry, Doc. 46, is terminated as moot. Time remains excluded between October 6, 2026, and February 9, 2027, pursuant to 18 U.S.C.§ 3161(h)(7)(A) & B(iv), based on the court's previous finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 23, 2026

[signature]
UNITED STATES DISTRICT JUDGE